1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK D. DEMPSEY,                    )   No. C 09-2921 JSW (PR)
                                       )
            Plaintiff,                 )   **ORDER OF DISMISSAL**
                                       )
      v.                               )
                                       )
ARNOLD SCHWARZENEGGER,                 )
                                       )
            Defendant.                 )
_____      )

8

9

10

11

12

13

14          On June 29, 2009, Plaintiff filed a *pro se* civil rights action in this Court.  On

15   April 9, 2010, this Court dismissed the complaint with leave to amend within thirty days

16   of the Court's order.  In the Court's order, Plaintiff was notified that failure to amend by

17   the designated time would result in a dismissal of the case.

18          More than thirty days have passed since April 9, 2010 and Plaintiff has not

19   responded to the Court's order.  Accordingly, this case is DISMISSED without prejudice

20   for failure to prosecute and to comply with a court order pursuant to Federal Rule of

21   Civil Procedure 41(b).  *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v.*

22   *Block*, 932 F.2d 795, 797 (9th Cir. 1991).  The Clerk shall close the file and enter

23   judgment in this matter.

24          IT IS SO ORDERED.

25   DATED:  June 21, 2010

26

_____
27   JEFFREY S. WHITE
     United States District Judge

28

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6

PATRICK D DEMPSEY,

Case Number: CV09-02921 JSW

Plaintiff,

7

**CERTIFICATE OF SERVICE**

v.

8

9

ARNOLD SCHWARZENEGGER et al,

Defendant.

10

_____/

11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District

12

Court, Northern District of California.

13

That on June 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing

14

said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
receptacle located in the Clerk's office.

15

16

17

Patrick D. Dempsey
2133 Arrapaho Pl

18

Fremont, CA 945339

19

Dated: June 21, 2010

*Jennifer Ottolini*

20

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

21

22

23

24

25

26

27

28